UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cv-62453-ZLOCH

CHANEL, INC.,

    Plaintiff,

vs.

ARTZTEE.COM a/k/a ARTZ-TEE,
an individual, business
entity, or unincorporated
association,

    Defendant.
_____

### ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

This matter is before the Court upon Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery (the "*Ex Parte* Motion")(DE 5). The Court has carefully reviewed said *Ex Parte* Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, upon consideration, it is **ordered and adjudged** that the Plaintiff's *Ex Parte* Motion (DE 5) is hereby **granted** as follows:

(1) Plaintiff is authorized to immediately issue subpoenas to, and depose only as necessary, Shopify (USA), Inc. and Paypal, Inc., any individual or entity identified as the ultimate shipping and/or mailing service company for the website operating under the Subject Domain Name and/or the e-commerce

store operating under the seller identification name identified on Schedule "A" to the Complaint, and any financial institutions and/or payment processors identified through the Subpoenas authorized herein. The discovery sought shall be reasonably limited to information and documents likely to assist in determining Defendant's name and service address and identifying assets sought to be restrained.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 11th day of January, 2018.

*[signature]*
WILLIAM J. ZLOCH
Sr. UNITED STATES DISTRICT JUDGE

Copies furnished:

All Counsel of Record